UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TAMMY BLAKEY et al.,<br><br>    Defendants. | No. 2:23-cv-01910-RSM<br><br>**ORDER<br>STAYING LITIGATION** |

**ORDER STAYING LITIGATION**

WHEREAS, the Parties have engaged in productive settlement negotiations, and wish for those negotiations to continue;

WHEREAS, this case concerns alleged Clean Water Act violations for which settlement will require environmental restoration and mitigation;

WHEREAS, negotiating terms for environmental restoration and mitigation will require months to complete because the government's agents must visit the site and prepare appropriate recommendations;

WHEREAS, the Parties wish to avoid the expense and burdens of litigation while negotiating a potential settlement, and have therefore entered into a stipulation with the request that the Court enter this order;

NOW THEREFORE, it is hereby ORDERED:

1. This case is stayed until August 9, 2024.
2. All discovery deadlines and obligations to propound or respond to discovery requests (other than a site visit as described in Paragraph 5) are stayed until August 9, 2024.
3. All deadlines in the Court's March 21 Order are reset as follows:

   a. Disclosure of expert testimony - ~~July 31,~~ October 30, 2024
   b. Deadline for discovery motions - ~~August 30,~~ November 29, 2024
   c. Close of discovery - ~~September 30,~~ December 30, 2024
   d. Deadline for dispositive motions - ~~October 29, 2024~~ January 28, 2025
   e. Deadline for motions in limine - ~~December 30, 2024~~ March 31, 2025
   f. Deadline for agreed pretrial order - ~~January 15,~~ April 16, 2025
   g. Deadline for trial materials - ~~January 22,~~ April 23, 2025
   h. Trial (5-7 days) - ~~January 27,~~ April 28, 2025

4. The United States may unilaterally move to terminate the stay without Defendants' consent, provided that the United States has provided 14 days' notice to Defendants before moving to terminate.
5. Defendants shall cooperate fully with and not oppose any request by the United States under Federal Rule of Civil Procedure 34(a)(2) for entry onto the Site referenced in the Complaint, including any successive request following the initial site visit.
6. No later than August 2, 2024, either the United States shall lodge a proposed consent decree, the Parties shall file a joint status report advising the Court of their settlement efforts and proposing further proceedings, or the Parties shall move for an additional stay.

DATED this 4th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented to the Court and prepared as to form by:

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division

        */s/ Daniel J. Martin*
        LAURA J. GLICKMAN
        DANIEL J. MARTIN
        Environmental Defense Section
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044
        (202) 514-6390 (Glickman)
        (202) 307-1056 (Martin)
        Laura.Glickman@usdoj.gov
        Daniel.Martin3@usdoj.gov

        *Attorneys for the United States of America*

        HOULIHAN LAW PC

        */s/ John T. Cooke*
        JOHN T. (JT) COOKE, WSBA #35699
        100 N. 35th Street
        Seattle, WA 98103
        253-722-8267
        jt@houihan-law.com

        *Attorneys for Tammy Blakey and Flying T. Ranch, Inc.*