# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TAMMY BLAKEY, et al.,<br><br>    Defendants. | No. 2:23-cv-01910-RSM<br><br>**ORDER STAYING LITIGATION** |

## ORDER STAYING LITIGATION

WHEREAS, the Parties have engaged in productive settlement negotiations, and wish for those negotiations to continue;

WHEREAS, this case concerns alleged Clean Water Act violations for which settlement will require environmental restoration and mitigation;

WHEREAS, the Court previously stayed this case so that the United States and its agents of conduct a site visit of Defendants' property;

WHEREAS, the United States has completed that site visit and the Parties are now negotiating terms for environmental restoration and mitigation;

WHEREAS, the Parties wish to avoid the expense and burdens of litigation while negotiating a potential settlement, and have therefore entered into a stipulation with the request that the Court enter this order;

NOW THEREFORE, it is hereby ORDERED:

1. This case is stayed until November 8, 2024.
2. All discovery deadlines and obligations to propound or respond to discovery requests (other than a site visit as described in Paragraph **Error! Reference source not found.**) are stayed until November 8, 2024.
3. All deadlines in the Court's June 4, 2024 Order are reset as follows:

    a. Disclosure of expert testimony - ~~October 30, 2024~~ January 28, 2025
    b. Deadline for discovery motions - ~~November 29, 2024~~ February 27, 2025
    c. Close of discovery - ~~December 30, 2024~~ March 31, 2025
    d. Deadline for dispositive motions - ~~January 28, 2025~~ April 28, 2025
    e. Deadline for motions in limine - ~~March 31, 2025~~ June 30, 2025
    f. Deadline for agreed pretrial order - ~~April 16, 2025~~ July 15, 2025
    g. Deadline for trial materials - ~~April 23, 2025~~ July 22, 2025
    h. Trial (5-7 days) - ~~April 28, 2025~~ July 28, 2025

4. The United States may unilaterally move to terminate the stay without Defendants' consent, provided that the United States has provided 14 days' notice to Defendants before moving to terminate.
5. No later than November 1, 2024, either the United States shall lodge a proposed consent decree, the Parties shall file a joint status report advising the Court of their settlement efforts and proposing further proceedings, or the Parties shall move for an additional stay.

DATED this 2nd day of August, 2024.

RICARDO S. MARTINEZ  
UNITED STATES DISTRICT JUDGE

Presented to the Court and prepared as to form by:

>TODD KIM
>Assistant Attorney General
>Environment and Natural Resources Division
>
>*/s/ Daniel J. Martin*
>LAURA J. GLICKMAN
>DANIEL J. MARTIN
>Environmental Defense Section
>United States Department of Justice
>P.O. Box 7611
>Washington, D.C. 20044
>(202) 514-6390 (Glickman)
>(202) 307-1056 (Martin)
>Laura.Glickman@usdoj.gov
>Daniel.Martin3@usdoj.gov
>
>*Attorneys for the United States of America*
>
>HOULIHAN LAW PC
>
>*/s/ John T. Cooke*
>JOHN T. (JT) COOKE, WSBA #35699
>100 N. 35th Street
>Seattle, WA 98103
>253-722-8267
>jt@houihan-law.com
>
>*Attorneys for Tammy Blakey and Flying T. Ranch, Inc.*