The Honorable Ricardo S. Martinez

John (JT) Cooke, WSBA No. 35699
Houlihan Law PC
100 N. 35th Street
Seattle, WA 98103
(253) 722-8267
jt@houlihan-law.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TAMMY BLAKEY and FLYING T RANCH, INC., <br><br> Defendants. | Case No.: 2:23-cv-01910-RSM <br><br> STIPULATION AND ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

### I.   **STIPULATION**

John T. Cooke of the law firm Houlihan Law P.C. withdraws his appearance on behalf of Defendants Tammy Blakey and Flying T. Ranch, Inc. in the above-captioned matter. Defendants' substituting counsel is Peter Ojala of Ojala Law Inc PS. Defendants respectfully request that all

STIPULATION AND PROPPOSED ORDER GRANTING OF
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(2:23-CV-01910-RSM) - 1

Houlihan Law, P.C.
100 N. 35th Street—Seattle, WA 98103
206-547-5052 / fax 206-547-1958
www.Houlihan-Law.com

notices, pleadings and further correspondence be addressed to Mr. Ojala:

Ojala Law Inc PS
PO Box 211
Snohomish, WA 98291-0211
360-568-9825

Date this 13th day of September, 2024.

| HOULIHAN LAW, P.C. | OJALA LAW INC PS |
|---|---|
| */s/ John T. Cooke* | */s/ Peter C. Ojala* |
| John T. Cooke, WSBA No. 35699 | Peter C. Ojala, WSBA No. 42163 |
| 206-547-1075 / JT@Houlihan-Law.com | 360-568-9825 / peter@ojalalaw.com |
| 100 N. 35th St. / Seattle, WA 98103 | PO Box 211 |
| Ph.: 206-547-5052 / Fax: 206-547-1958 | Snohomish, WA 98291-0211 |
| | |
| *Withdrawing Attorney for Defendants Tammy Blakey and Flying T. Ranch, Inc.* | *Substituting counsel for Defendants Tammy Blakey and Flying T. Ranch, Inc.* |

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Daniel J. Martin*
Laura J. Glickman
Daniel J. Martin
Environmental Defense Section
United States Department of Justice
PO Box 7611
Washington, D.C. 20044
202-514-6390 (Glickman)
202-307-1056 (Martin)
Laura.Glickman@usdoj.gov
Daniel.Martin@usdoj.gov

*Attorney for the United States of America*

STIPULATION AND PROPPOSED ORDER GRANTING OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(2:23-CV-01910-RSM) - 2

Houlihan Law, P.C.
100 N. 35th Street—Seattle, WA 98103
206-547-5052 / fax 206-547-1958
www.Houlihan-Law.com

## II.  ORDER

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the aforementioned withdrawal and substitution of counsel is granted.

Dated this 16th day of September, 2024.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented to the Court and prepared as to form by:

HOULIHAN LAW, P.C.

*/s/ John T. Cooke*
John T. Cooke, WSBA No. 35699
206-547-1075 / JT@Houlihan-Law.com
100 N. 35th St. / Seattle, WA 98103
Ph.: 206-547-5052 / Fax: 206-547-1958

*Withdrawing Attorney for Defendants*
*Tammy Blakey and Flying T. Ranch, Inc.*

OJALA LAW INC PS

*/s/ Peter. C. Ojala*
Peter C. Ojala, WSBA No. 42163
360-568-9825 / peter@ojalalaw.com
PO Box 211
Snohomish, WA 98291-0211

*Substituting counsel for Defendants Tammy Blakey and Flying T. Ranch, Inc.*