UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C23-1910-RSM |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED SCHEDULING ORDER |
| v. | |
| TAMMY BLAKEY, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's "Status Report and Motion for Order Governing Further Proceedings." Dkt. #18. Though the parties did not file the report and motion as a Stipulated Motion, the Court shall interpret the filing as a Stipulated Motion on the deadlines. *See* LCR 7. Considering the Motion and the remainder of the record, the Court finds good cause to grant the parties' request and lift the stay in this case. *See* Dkt. #15. Based on the above finding, it is hereby ORDERED that the Motion, Dkt. #18, is GRANTED, and the following deadlines shall be entered:

| Close of Fact Discovery | April 30, 2025 |
|---|---|
| Anticipated Motion(s) for Summary Judgment on Liability | May 30, 2025 |
| Deadline to Disclose Expert Witnesses | October 31, 2025 |

ORDER GRANTING STIPULATED SCHEDULING ORDER - 1

| Close of Expert Discovery | December 19, 2025 |
| --- | --- |
| Deadline for Dispositive Motions | January 30, 2026 |
| Deadline for Motions in Limine | March 30, 2026 |
| Deadline for Agreed Pretrial Order | April 16, 2026 |
| Deadline for Trial Materials | April 23, 2026 |
| Trial (5-7 days) | April 27, 2026 |

DATED this 22nd day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED SCHEDULING ORDER - 2