**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMMY BLAKEY et al.,<br><br>Defendants. | No. 2:23-cv-01910-RSM<br><br>**ORDER MODIFYING CASE SCHEDULE** |

**ORDER STAYING LITIGATION**

All deadlines in the Court's November 22, 2024 Order are reset as follows:

| | | | |
|---|---|---|---|
| a) | Close of Fact Discovery | - | May 30, 2025 |
| b) | Deadline to Disclose Expert Witnesses | - | October 31, 2025 |
| c) | Close of Expert Discovery | - | December 19, 2025 |
| d) | Deadline for Dispositive Motions | - | January 30, 2026 |
| e) | Deadline for Motions in Limine | - | March 30, 2026 |
| f) | Deadline for Agreed Pretrial Order | - | April 16, 2026 |
| g) | Deadline for Trial Materials | - | April 23, 2026 |
| h) | Trial (5-7) Days | - | April 27, 2026 |

The Parties may submit motions for summary judgment on liability before the close of expert discovery.

SO ORDERED this 17th day of April, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented to the Court and prepared as to form by:

ADAM R.F. Gustafson
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Daniel J. Martin*
LAURA J. GLICKMAN
DANIEL J. MARTIN
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-6390 (Glickman)
(202) 307-1056 (Martin)
Laura.Glickman@usdoj.gov
Daniel.Martin3@usdoj.gov

*Attorneys for the United States of America*