UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMMY BLAKEY, et al.,<br><br>Defendants. | No. 2:23-cv-01910-RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES IN LIGHT OF A LAPSE OF APPROPRIATIONS** |

The Court has reviewed the United States' Motion to Stay All Deadlines in Light of a Lapse of Appropriations, Dkt. #62. Defendant Tammy Blakey and counsel for Flying T. Ranch, Inc. have authorized counsel for the Government to state that they have no objection to this motion. *Id*. at ¶ 5. Having found that there is good cause to grant the relief sought therein, IT IS HEREBY ORDERED that all deadlines in this case are stayed until government appropriations are restored. Government's counsel will notify the Court when appropriated funds are restored.

DATED this 22nd day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1