UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAMMY BLAKEY, *et al.*,

Defendants.

Case No. C23-1910-RSM

ORDER GRANTING MOTION FOR
RELIEF FROM DEADLINE

This matter comes before the Court on the Government's Motion for Relief from Deadline. Dkt. #95. Defendants oppose. *Id*. at 2, Dkt #96. For the following reason, the Court will grant this Motion.

On January 23, 2026, Defendant Tammy Blakey filed a Motion for Summary Judgment. Dkt. #84. The Government filed its opposition, including a Cross-Motion for Summary Judgment, on February 13, 2023. Dkt. #86. The Government's Cross-Motion is noted for March 13, 2026, making its reply due that day. The Government filed the instant Motion on March 9, 2026, and requests a one-week extension to file its reply due to "pressing court deadlines this week" and "the sole EPA attorney assigned to this case" being on leave. Dkt. #95 at 2. Defendant Flying T Ranch argues that this "scheduling issue is entirely of the United States' own making," that the issues are "overstated," and these conflicts were foreseeable. Dkt. #96.

"A motion for relief from a deadline should, whenever possible, be filed sufficiently in

ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE - 1

advance of the deadline to allow the court to rule on the motion prior to the deadline," LCR 7(j), and a motion for relief should be granted where "good cause" exists. *See Allstate Indem. Co. v. Lindquist*, No. C20-1508JLR, 2022 WL 1443676, at *2 (W.D. Wash. May 6, 2022). When seeking an extension, the good cause standard primarily considers the diligence of the party seeking the extension. *Id*.

The Court agrees with Defendant that most of the above conflicts listed by the Government appear foreseeable. However, the Court is sympathetic to the Government's sole EPA counsel on this case being unavailable and finds that a modest extension of one week will create little to no prejudice for the parties. Given this, the pending summary judgment motions, and the Court's clear preference to decide this case on the merits based on full, responsive briefings, the Court will grant this extension.

Accordingly, having considered the instant Motion, responsive briefing, and the remainder of the record, the Court hereby finds and ORDERS that the Government's Motion for Relief from Deadline, Dkt. #95, is GRANTED. The Government's reply brief in support of its Cross-Motion for Summary Judgment is due March 20, 2026. The Court directs the Clerk re-note this Cross-Motion, Dkt. #86, for March 20, 2026.

DATED this 13th day of March, 2026.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE - 2