The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

TAMMY BLAKEY et al.,

          Defendants.

No. 2:23-cv-01910-RSM

**STIPULATED MOTION TO CONDUCT DEPOSITION OF RYAN CRATER AFTER CLOSE OF DISCOVERY**

**Noting Date:**    **March 26, 2026**

Plaintiff the United States of America ("United States") and Defendants Tammy Blakey and Flying T Ranch, Inc. ("Defendants") hereby stipulate that the United States shall depose Defendants' expert witness Ryan Crater on or before April 3, 2026, after the close of discovery. The Parties request that the Court enter the attached proposed order.

**Background**

1. The United States filed the Complaint in this action in December 2023, to redress alleged violations of the Clean Water Act. Dkt. No. 1

2. Defendants timely answered the Complaint. Dkt. Nos. 6–7.

STIPULATED MOTION

Page 1

U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056

3. The Parties disclosed their expert witnesses on January 23, 2026, in accordance with this Court's scheduling order. *See* Dkt. No. 76. Defendants disclosed, among others, Ryan Crater as an expert witness.

4. The close of discovery occurs on March 27, 2026. Dkt. No. 76.

5. The United States noticed the deposition of Mr. Crater for March 25, 2026, at 10:00 a.m.

6. On March 24, 2026, Mr. Crater stated that he was unable to appear for his deposition.

7. The Parties had already scheduled depositions to occur on March 26, 2026, and March 27, 2026.

8. The Parties have agreed to reschedule Mr. Crater's deposition to via remote means on April 3, 2026, or no later than that date, after the close of discovery.

**Joint Request to the Court**

9. The Parties stipulate that the United States shall take Mr. Crater's deposition by remote means on or before April 3, 2026, and request that the Court enter an order confirming this stipulation.

10. A proposed order is attached.

**Conclusion**

There is good cause to grant this stipulated motion because it will enable the Parties to complete discovery without delaying the date of trial or other resolution of this case.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Laura J. Glickman*
LAURA J. GLICKMAN
DANIEL J. MARTIN
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056 (Glickman)

STIPULATED MOTION

Page 2

U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056

(202) 307-1056 (Martin)
Laura.Glickman@usdoj.gov
Daniel.Martin3@usdoj.gov

*Attorneys for the United States of America*

OJALA LAW INC., P.S.

_Peter C. Ojala_____
PETER C. OJALA, WSBA #42163
TANNER J. HOIDAL WSBA #56660
Attorneys for Defendants
P.O. Box 211
Snohomish, WA 98291
Tel: (360) 568-9825
peter@ojalalaw.com

*Attorneys for Flying T. Ranch, Inc.*

_Tammy Blakey_
TAMMY BLAKEY
18814 SR 530 NE
Arlington, WA 98223
425-387-1966
tb18808@aol.com

*Pro Se*

STIPULATED MOTION

Page 3

U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:23-cv-01910-RSM |
| v. | |
| TAMMY BLAKEY et al., | **ORDER CONFIRMING STIPULATION** |
| Defendants. | |

**ORDER**

Notwithstanding the close of discovery on March 27, 2026, the United States may depose defense expert witness Ryan Crater on or before April 3, 2026, by remote means.

SO ORDERED this 27th day of March, 2026.

_____
Hon. Ricardo S. Martinez

U.S. District Judge

Presented to the Court and prepared as to form by:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Laura J. Glickman*
LAURA J. GLICKMAN
DANIEL J. MARTIN
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-6390 (Glickman)
(202) 307-1056 (Martin)
Laura.Glickman@usdoj.gov
Daniel.Martin3@usdoj.gov

*Attorneys for the United States of America*


 *Peter C. Ojala*
PETER C. OJALA, WSBA #42163
TANNER J. HOIDAL WSBA #56660
Attorneys for Defendants
P.O. Box 211
Snohomish, WA 98291
Tel: (360) 568-9825
peter@ojalalaw.com

*Attorneys for Flying T.
Ranch, Inc.*

*Tammy Blakey*
TAMMY BLAKEY
18814 SR 530 NE
Arlington, WA 98223
425-387-1966

*Pro Se*