The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMMY BLAKEY, et al.,<br><br>Defendants. | No. 2:23-cv-01910-RSM<br><br>**UNITED STATES' REPLY IN SUPPORT OF MOTION FOR ORDER GOVERNING FURTHER PROCEEDINGS AND RESPONSE TO TAMMY BLAKEY'S CROSS-MOTION**<br><br>Noting Date: July 28, 2026 |

The United States submits this Combined Reply in support of its July 7 Motion to Continue Trial and for an Order Governing Further Proceedings ("Motion") and Response to Defendant Tammy Blakey's Cross-Motion for Leave to Amend Responses to Request for Admission ("Cross-Motion"). Dkt. No. 126. For the reasons that follow, the Court should grant the Motion and deny the Cross-Motion.



U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056

**REPLY IN SUPPORT OF MOTION**

1. The United States filed the Motion to vacate the current trial date and set forth a procedure for rescheduling trial after the Court rules on the pending summary judgment and *Daubert* motions, the result of which ruling may significantly affect the scope of trial.

2. Defendant Flying T Ranch, Inc., does not oppose this relief. Mot. at 4.

3. Ms. Blakey initially opposed the Motion, but states in her Cross-Motion that she no longer opposes a continuance vacating the current trial date. X-Mot. at 1.

4. The Motion is therefore unopposed. Because the Motion is unopposed, and for good cause shown in the Motion itself, the Court should grant the Motion, vacate the current trial date, and enter an order governing further proceedings.

**RESPONSE TO CROSS-MOTION**

5. The Court should also deny Ms. Blakey's Cross-Motion. The Cross-Motion seeks leave to amend Ms. Blakey's admissions sent to the United States during fact discovery in February 2025. Dkt. No. 27-1 at 8. That relief is identical to the relief sought in Defendants' first motion to amend, filed in June 2025, Dkt. No. 27, and denied by the Court in December 2025, Dkt. No. 71.

6. Ms. Blakey's request is doubly untimely. First, the Cross-Motion is duplicative of a previous motion that Defendants filed, which the Court already denied, and denied reconsideration of. Dkt. No. 108. The Court has already warned Ms. Blakey against duplicative motions. Dkt. No. 106.

7. Second, as with the first motion to amend, Ms. Blakey's Cross-Motion is late because she filed it after the close of fact discovery (which closed over one year ago on May 30, 2025). *See* Dkt. No. 31 at 6; Dkt. No. 72 at 3.

8. Ms. Blakey's request also fails on the merits. The Court's original reasoning in denying the first motion to amend was that Ms. Blakey's affirmative defenses would continue to be the subject of litigation, and that Defendants had failed to justify their failure to resolve any



U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056

dispute over the United States' requests for admissions before the close of fact discovery in May 2025. Dkt. No. 72. That reasoning holds true today. Ms. Blakey's affirmative defenses are before the Court in the dueling summary judgment motions that prompted the Motion, and nothing in the Cross-Motion justifies the failure to resolve a dispute over the requests for admissions during fact discovery.

For these reasons, the United States respectfully requests that the Court grant the Motion and deny the Cross-Motion.

Respectfully submitted this July 21, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*__/s/ Daniel J. Martin__*
LAURA J. GLICKMAN
DANIEL J. MARTIN
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-6390 (Glickman)
(202) 598-1869 (Martin)
Laura.Glickman@usdoj.gov
Daniel.Martin3@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATES OF WORD COUNT AND SERVICE**

I certify that this memorandum contains 474 words, in compliance with the Local Civil Rules.

I certify that I filed this document through the Court's CM/ECF system, which will cause a copy to be served on all parties to this case.

*/s/ Daniel J. Martin*
DANIEL J. MARTIN



U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056